| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 24 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

In re: STATE OF OREGON.

_____

STATE OF OREGON,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE,

        Respondent,

PAUL JULIAN MANEY; et al.,

    Plaintiffs-
    Real Parties in Interest,

PATRICK ALLEN; et al.,

    Defendants-
    Real Parties in Interest.

No. 23-70127

D.C. No. 6:20-cv-00570-SB
District of Oregon,
Eugene

ORDER

Before: TALLMAN, N.R. SMITH, and COLLINS, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days, plaintiffs-real parties in interest must file an answer.

The district court also may address the petition if it so desires. If the district court elects to address the petition, it may file an answer with this court or issue a

OSA161

supplemental order and serve a copy on this court.

Petitioner may file a reply within 5 days after service of the answer(s).

The petition, answer(s), and any reply are referred to the next available argument panel.

The Clerk will serve a copy of this order on the district court and Magistrate Judge Stacie F. Beckerman.